JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE BANG, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARK ANTHONY INTERNATIONAL SRL <br><br> Defendant. | Case No. 2:25-cv-8634-CV (MBKx) <br><br> **ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL [27]** |

On May 29, 2026, the Parties filed a Joint Stipulation of Voluntary Dismissal (the "Stipulation"). Doc. # 27. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

All claims in the above-captioned action are voluntarily dismissed with prejudice, with each side bearing its own costs and fees. The Clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated:    6/8/26

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

1